STILLMAN LEGAL PC
42 Broadway, 12th Floor
New York, New York 10004
www.FightForUrRights.com
212-203-2417
*Attorneys for Plaintiff*

ANASTASIA SANCHEZ, *individually and on behalf*
*of others similarly situated*

          *Plaintiff,*

    -v-

BAQAR SHAH.

        *Defendants.*

----------------------------------------------------------X

**NOTICE OF MOTION FOR
DEFAULT JUDGMENT
1:21-cv-02335-JPC**

## **NOTICE OF MOTION**

  Please take notice that, upon the annexed declaration of Lina Stillman, and attached exhibits, and the declaration of Plaintiff Anastasia Sanchez and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2(b), for judgment by default against Defendant BAQAR SHAH.

  Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
September 8, 2021

      STILLMAN LEGAL

      BY: /s/LINA STILLMAN
        42 Broadway, 12th Floor
        New York, New York 10004
        Telephone: (800) 933 – 5620
        *Attorneys for Plaintiffs*

To: BAQAR SHAH (EDIBLE ARRANGEMENTS)
200 Dyckman Street,
New York, NY 10040