UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                            :
ANASTASIA SANCHEZ,                                          :
                                                            :
                          Plaintiff,                        :
                                                            :          21 Civ. 2335 (JPC)
            -v-                                             :
                                                            :          ORDER
BAQAR SHAH,                                                 :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 15, 2021, Defendant Baqar Shah filed a letter requesting that the "motion for default be denied and an extension of time to file an answer in this matter to December 6, 2021 be granted in order to permit counsel for Defendant time to fully investigate Plaintiff's complaint and answer." Dkt. 24 at 1. Defendant also represented that counsel for Defendant "spoke with counsel for Plaintiff, who indicated a willingness to vacate any default." *Id.* In light of Defendant's letter, the Court ordered Plaintiff to advise the Court by November 19, 2021 as to whether she opposes the vacatur of the default in this action. The November 19, 2021 deadline has passed and Plaintiff has failed to comply with the Court's order.

Accordingly, it is hereby ORDERED that Plaintiff shall advise the Court by November 24, 2021 as to whether she opposes the vacatur of the default in this action. Plaintiff's further failure to comply with the Court's order may result in vacatur of the default against Defendant.

SO ORDERED.

Dated: November 22, 2021
       New York, New York                   _____
                                                    JOHN P. CRONAN
                                               United States District Judge