```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
ANASTASIA SANCHEZ,                                :
                                                  :
                        Plaintiff,                :
                                                  :        21 Civ. 2335 (JPC)
        -v-                                       :
                                                  :               ORDER
BAQAR SHAH,                                       :
                                                  :
                        Defendant.                :
                                                  :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On November 15, 2021, Defendant Baqar Shah filed a letter requesting that the "motion for default be denied and an extension of time to file an answer in this matter to December 6, 2021 be granted in order to permit counsel for Defendant time to fully investigate Plaintiff's complaint and answer." Dkt. 24 at 1. On November 22, 2021, Plaintiff Anastasia Sanchez advised the Court that Plaintiff does not oppose the vacatur of default in this action. Dkt. 27.

      Accordingly, it is hereby ORDERED that Plaintiff's motion for default judgment, Dkt. 20, is denied without prejudice. Defendant shall file an answer to the Complaint by December 6, 2021.

      The Clerk of Court is respectfully directed to close the motion pending on Docket 20.

      SO ORDERED.

Dated: November 22, 2021  
       New York, New York

                                               JOHN P. CRONAN  
                                               United States District Judge