```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ANASTASIA SANCHEZ,                                               :
                                                                 :
                            Plaintiff,                           :
                                                                 :   21 Civ. 2335 (JPC)
              -v-                                                :
                                                                 :   ORDER
BAQAR SHAH,                                                      :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties in this action participated in the Court-annexed Mediation Program on April 11, 2022. The Court understands from the final report of the Mediator that the parties reached an agreement on all issues. Accordingly, it is hereby ORDERED that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by May 31, 2022.

SO ORDERED.

Dated: April 28, 2022
New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge