

BY ECF                                                                                                  June 1, 2022
Honorable John Cronan

Re: <u>Sanchez v. Baqar Shah</u>

Your Honor:

    The parties write to request an additional (2) two weeks to submit their motion pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2nd Circuit 2015).

We thank the Court for its attention to this matter

                      Respectfully,

                      Lina Stillman, Esq.

The parties' request is granted.  The parties shall file any settlement requiring Court approval under *Cheeks* by June 14, 2022.  The parties are reminded that, pursuant to 3.B of the Court's Individual Rules and Practices in Civil Cases, a request for an extension or adjournment must be made *at least* 48 hours (*i.e.*, two business days) prior to the scheduled appearance or deadline absent compelling circumstances.  Requests for extensions will ordinarily be denied if made after the expiration of the original deadline.

SO ORDERED.

Date:  June 1, 2022
        New York, New York

                                                     JOHN P. CRONAN
                                           United States District Judge