UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
             :
ANASTASIA SANCHEZ,             :
             :
          Plaintiff,    :
             :      21 Civ. 2335 (JPC)
     -v-          :
             :      ORDER
BAQAR SHAH,             :
             :
         Defendant.  :
             :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties in this action participated in the Court-annexed Mediation Program on April 11, 2022 and the Mediator reported that the parties reached an agreement on all issues.  Dkt. 34.  On April 28, 2022, the Court directed the parties to submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by May 31, 2022.  Dkt. 35.  On June 1, 2022, the parties filed a request for extension of time to submit any settlement requiring Court approval until June 14, 2022, Dkt. 36, which the Court granted that day, Dkt. 37.  The June 14 deadline has passed and the parties have not submitted any settlement for the Court's approval.  Accordingly, it is hereby ORDERED that, by June 17, 2022, the parties shall either submit the parties' settlement for Court approval under *Cheeks* in accordance with the Court's April 28 and June 1 Orders or seek an extension of time to submit such materials.  In addition, the parties shall provide an explanation as to why they have repeatedly failed to comply with the Court's Orders.

      SO ORDERED.

Dated: June 15, 2022
      New York, New York                       _____
                                                JOHN P. CRONAN
                                                United States District Judge