

BY ECF  
Honorable John P. Cronan

June 15, 2022

Re:  1:21-cv-02335-JPC Sanchez v. Baqar Shah Order

Your Honor:

The parties apologize for failing to ask for an extension to submit the Cheeks motion. Defense counsel had advised that he would be out of the office and would need another (2) weeks to submit a fully briefed motion with an executed agreement. The parties respectfully request until June 24th to do so.

We thank the Court for its attention to this matter

Respectfully,

/s/  
Lina Stillman, Esq.

The parties' request is granted.  The parties shall file any settlement requiring Court approval under *Cheeks* by June 24, 2022.  Once again, the parties are reminded that, pursuant to 3.B of the Court's Individual Rules and Practices in Civil Cases, a request for an extension or adjournment must be made *at least* 48 hours (*i.e.*, two business days) prior to the scheduled appearance or deadline absent compelling circumstances.  Requests for extensions will be denied if made after the expiration of the original deadline.

SO ORDERED.

Date:   June 16, 2022  
           New York, New York

_____  
JOHN P. CRONAN  
United States District Judge

P: 800-933-5620  
42 Broadway,  New York NY 10004