UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                      :

ANASTASIA SANCHEZ,                         :

                                                      :

                       Plaintiff,              :

                                                      :          21 Civ. 2335 (JPC)

          -v-                                    :

                                                      :              ORDER

BAQAR SHAH,                                 :

                                                      :

                     Defendant.          :

                                                      :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties shall appear for a teleconference on July 12, 2022, at 1:00 p.m. to discuss their request for approval of settlement under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

       SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                                      JOHN P. CRONAN
                                            United States District Judge